IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-37-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**OSCAR D. QUINTERO, SR.,**

        Defendant.

## ORDER CHANGING TIME OF SENTENCING HEARING

Judge John L. Kane **ORDERS**

The time of the Sentencing Hearing set for August 16, 2012 at is changed to **3:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated: July 30, 2012